**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| EDWIN AROLDO MASIS LUCERO, | : | Case No. 1:25-cv-823 |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Elizabeth P. Deavers |
| | : | |
| FIELD OFFICE DIRECTOR FOR | : | |
| ENFORCEMENT AND REMOVAL | : | |
| OPERATIONS DETROIT, *et al.*, | : | |
| | : | |
| Respondents. | | |

## ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER

Petitioner, Edwin Aroldo Masis Lucero, a detainee at the Butler County Jail, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (Doc. 1). The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than December 5, 2025.

**IT IS SO ORDERED.**

November 24, 2025                    *s/ Elizabeth A. Preston Deavers*
                                     ELIZABETH A. PRESTON DEAVERS
                                     United States Magistrate Judge