AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| EDWIN AROLDO MASIS LUCERO, | ) |
| *Plaintiff* | ) |
| FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, DETROIT FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | ) Civil Action No. 1:25-cv-823 ) ) ) |
| *Defendants* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other: The Court DISMISSES WITHOUT PREJUDICE Masis Lucero's Petition (Doc. 1).3 Respondent Warden of Butler County Jail also filed a Motion to Dismiss (Doc. 13), arguing it is not a proper respondent for this habeas petition. Because the Court dismisses the Petition, the Court DENIES AS MOOT Respondent's Motion (Doc. 13).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Douglas R. Cole

Date:    12/23/25

CLERK OF COURT

*Melissa Saddl...*

Signature of Clerk or Deputy Clerk